IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :
          v.                              :  MAG. NO. 09-007042
                                            :
JOSE RODRIGUEZ                    :
                                   **TRANSFER ORDER**
TO U.S. MARSHALLS:

IT IS HEREBY ORDERED on this 5th day of October, 2010,

That the defendant, Jose Rodriguez, in the above captioned matter, be and is hereby ordered to be transferred for incarceration to the custody of the bureau of prisons for medical reasons pending sentence.

_____
The Honorable Dickinson R. Debevoise, S.U.S.D.J.